## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **HAPPY PRODUCTS, INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Civil Action No. 4:24-cv-00915 |
| | § | |
| **ACE HARDWARE CORP., BIG LOTS, INC., CVS HEALTH CORPORATION, JOANN INC., LOWE'S COMPANIES, INC., OLLIE'S BARGAIN OUTLET HOLDINGS, INC., TARGET CORPORATION; WALGREENS CO., AND WALMART INC.,** | § § § § § § § | |
| | § | |
| **Defendants.** | § | |

## NOTICE OF APPEARANCE OF COUNSEL

COMES NOW, Wesley T. Welmaker (Texas Bar No. 00795826) of the Law Firm of Segal McCambridge Singer & Mahoney, Ltd. hereby gives notice of his appearance for Defendant, Big Lots, Inc. The undersigned counsel should receive all pleadings, filings, correspondence, and future communications in this matter.

November 6, 2024                                        Respectfully submitted,

*/s/ Wesley T. Welmaker*
Wesley T. Welmaker
State Bar No. 00795826
wwelmaker@smsm.com
SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD.
One Riverway, Suite 1625
Houston, TX  77056
Phone: (713) 333-7600
Fax: (713) 333-7601

**ATTORNEY FOR DEFENDANT BIG LOTS, INC.**

## **CERTIFICATE OF SERVICE**

     I hereby certify that the foregoing was filed and served electronically this November 6, 2024 via the Court's CM/ECF system.

 

                                            */s/* **_Wesley T. Welmaker_**
                                            Wesley T. Welmaker